**Order filed January 26, 2017**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00523-CV

———————

**LYNDON MAYBERRY, Appellant**

**V.**

**KINDER MORGAN CRUDE & CONDENSATE, LLC, Appellee**

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 71532**

---

## ORDER

The notice of appeal in this case was filed July 1, 2106. The clerk responsible for preparing the record notified this court that appellant had not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. On December 27, 2016, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that he/she has made arrangements to pay for the clerk's record on or before February 10, 2017. *See* Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).


PER CURIAM